The People of the State of New York ex rel. Bath and Hammondsport Railroad Company, Respondent, *v.* The Public Service Commission of the Second District of the State of New York et al., Defendants, and The Hornell, Bath and Lake Keuka Railway Company, Appellant.

*People ex rel. Bath & H. R. R. Co.* v. *Public Service Commission,* 127 App. Div. 480, modified.
(Argued January 5, 1909; decided January 19, 1909.)

Appeal from an order of the Appellate Division of the Supreme Court in the third judicial department, entered June 19, 1908, which annulled a determination of the State Board of Railroad Commissioners that public convenience and neces-

sity required the construction of the railroad of the appellant herein.

*Charles A. Dolson, E. L. Dolson* and *Milo M. Acker* for appellant.

*Floyd G. Greene* for respondent.

Order modified so as to award a rehearing before the Public Service Commission, and as modified affirmed, with costs to the respondent; no opinion.

Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.